UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HENRY PEREZ, RALPH BASELICE, JUAN
BAYRON, JERRY CORDERO, RONALD EASON,
DONALD KOONCE, JOSEPH ORO, RUBEN
RIOS, JR., PEDRO ROSADO, DEREK G. WALTER,
and ELIZABETH KAY BESOM, on behalf of
themselves and others similarly situated,

                          Plaintiffs,

       -versus-                                          12 Civ. 4914 (PAE)

THE CITY OF NEW YORK, MAYOR BILL DE
BLASIO, and VERONICA WHITE, in her official
capacity as Commissioner of the Department of Parks
& Recreation,

                          Defendants.                   (~~PROPOSED FORM OF~~) JUDGMENT
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2018

      WHEREAS, on December 8, 2014, the Court (Scheindlin, J.) granted the Plaintiffs who initiated this action leave to maintain a collective action pursuant to 29 U.S.C. § 216(b) on behalf of each AUPR who had filed a consent to become a party plaintiff and had not withdrawn from this action;

      WHEREAS, on November 20, 2017, the parties jointly filed a Settlement Agreement and requested approval of the settlement reflected therein and of a Notice of Settlement of Collective Action and further requested the scheduling of a hearing on the fairness of the proposed settlement;

      WHEREAS, on November 21, 2017, this Court approved the Notice of Settlement of Collective Action with modifications and additions, scheduled a hearing on the fairness of the settlement for January 26, 2018 at 11:00 am in Courtroom 1305 of the Thurgood Marshall United States Courthouse, New York, New York and set January 8, 2018 and January 12, 2018,

respectively, as the deadlines for filing objections to the settlement and for filing memoranda on the settlement;

WHEREAS, on or before November 28, 2017, the Notice of Settlement of Collective Action as approved by this Court including a summary of proposed settlement terms, the aggregate amount of the settlement and the amount of the distribution thereunder to the individual Plaintiff receiving the Notice, the date, time and location of the fairness hearing, and the details for filing objections, if any, was sent to each of the Plaintiffs by first class mail at his/her last known street address and also sent by email to Alena Brace and Elizabeth Kay Besom, the two plaintiffs then residing outside of the United States, at their respective email addresses;

WHEREAS, the Court conducted a hearing on the fairness of the settlement on January 26, 2018 at 11:00 am in Courtroom 1305 in the Thurgood Marshall United States Courthouse, New York, New York, as scheduled, and has considered the memorandum and declaration filed by Plaintiffs in support of the joint motion for the approval of the settlement and there being no objections filed in opposition to the settlement;

WHEREAS, the Court has reviewed the terms of the settlement and the circumstances concerning the Parties' making of the Settlement Agreement and having found and concluded in its Approval Order that the settlement is fair, reasonable and adequate as to the members of the collective (as defined in the Settlement Agreement);

This Court hereby enters judgment in this case and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement and the Approval Order. Plaintiffs and their attorneys shall retain the right to apply for an award of attorney's fees and costs in accordance with the Settlement Agreement, and this Court shall retain exclusive continuing

jurisdiction for the purpose of interpreting, implementing and enforcing the terms of the Settlement Agreement, the Approval Order and this Judgment.

It is so ORDERED, ADJUDGED AND DECREED this 26th day of January, 2018.

_____
Hon. Paul A. Engelmayer
United States District Judge