

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrea O'Connor
Labor & Employment Law Division
Phone: 212-356-4013
Fax: 212-356-1148
aoconnor@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2018
```

February 13, 2018

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:    Perez, et al. v. City of New York, et al.
                  12-cv-4914 (PAE)

Dear Judge Engelmayer:

       I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced Fair Labor Standards Act collective action. I write today with the consent of plaintiffs' counsel to respectfully request a two week extension of time, from February 16, 2018 to March 2, 2018, for the parties to submit a stipulation of settlement as to attorneys' fees and costs in this matter.

       On January 26, 2018, the Court entered an Order approving the Settlement Stipulation in this matter. As per that stipulation, the parties are to attempt to resolve the matter of attorneys' fees and costs via a separate stipulation filed within twenty-one days of the entry of the Order approving the Settlement Stipulation, i.e. February 16, 2018. To date, plaintiffs' counsel has provided billing records and costs and has responded to multiple questions from defendants regarding the records. However, additional time is required by defendants to analyze the billing records and to obtain authorization to make a counteroffer to plaintiffs. As such, defendants respectfully request a two week extension of time, from February 16, 2018 to March 2, 2018, for the parties to submit a stipulation of settlement as to attorneys' fees and costs in this matter.

                                                    Respectfully submitted,
                                                             /s/
                                                          Andrea O'Connor
                                                          Assistant Corporation Counsel

cc:    All Counsel (by ECF)

2/13/18

Granted. Upon counsel's representation that plaintiffs consent, the Court hereby extends the deadline by which to submit a stipulation of settlement as to attorneys' fees and costs to March 2, 2018.

**SO ORDERED:**

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE