

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Andrea O'Connor
Labor & Employment Law Division
Phone: 212-356-4013
Fax: 212-356-1148
aoconnor@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2018

March 1, 2018

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Perez, et al. v. City of New York, et al.
12-cv-4914 (PAE)

Dear Judge Engelmayer:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced Fair Labor Standards Act collective action. I write today on behalf of all parties to advise the Court that the parties have reached an agreement in principal with respect to attorneys' fees and costs in this matter. Currently, the deadline to file a stipulation as to fees and costs is March 2, 2019. The parties are working on finalizing a settlement stipulation for submission to the Court and respectfully request that the time to file a fully executed stipulation be extended to March 9, 2018.

The parties thank the Court for its attention to this matter.

Respectfully submitted,
/s/
Andrea O'Connor
Assistant Corporation Counsel

cc: All Counsel (by ECF)

Granted. The Court hereby extends the deadline by which to file a settlement as to attorneys' fees and costs to March 9, 2018.

3/1/18

SO ORDERED:

*[signature]*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE